```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   HARRY IOANNOU,                                            :
                                    Plaintiff.               :
                                                             :         21 Civ. 7270 (LGS)
                    -against-                                :
                                                             :              ORDER
   CITY OF NEW YORK et al.,                                  :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 7, 2022, Plaintiff filed an amended complaint, but it is not clear whether Defendants have been served. It is hereby

**ORDERED** that by **March 8, 2022**, Plaintiff shall file a letter regarding the status of service on Defendants. It is further

**ORDERED** that the parties shall appear for an initial pretrial conference on **March 23, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. It is further

**ORDERED** that by **March 16, 2022**, the parties shall file a joint letter and proposed case management plan per the Individual Rules.

Dated: March 1, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**