UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARRY IANNOU,
                               Plaintiff,                   21 Civ. 7270 (LGS)

          -against-                                ORDER

CITY OF NEW YORK et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated March 1, 2022, Plaintiff was directed to file a letter regarding the status of service on Defendants by March 8, 2022.

WHEREAS, Plaintiff has not filed any such letter.  It is hereby

**ORDERED** that by March 13, 2022, Plaintiff shall file a letter regarding the status of service.

Dated: March 9, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE